**Jay D. LAMONT, Plaintiff-Appellant,**

v.

**UNITED STATES of America, Defendant-Appellee.**

No. 17-1571

United States Court of Appeals, Eighth Circuit.

Submitted: February 22, 2018

Filed: February 27, 2018

Jay D. Lamont, Pro Se

Danielle L. Sgro, Trial Attorney, U.S. Department of Justice, Civil Division, Washington, DC, for Defendant-Appellee

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Federal inmate Jay D. Lamont appeals the adverse grant of summary judgment entered by the district court [1] in his Federal Tort Claims Act action. Upon de novo review of the record, see Beaulieu v. Ludeman, 690 F.3d 1017, 1024 (8th Cir. 2012), and consideration of Lamont's arguments for reversal, we find no basis for overturning the grant of summary judgment. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.